No. 94–859. BABBITT, SECRETARY OF THE INTERIOR, ET AL. *v.* SWEET HOME CHAPTER OF COMMUNITIES FOR A GREAT ORE-GON ET AL. C. A. D. C. Cir. Certiorari granted. 

No. 94–788. CITY OF MILWAUKEE *v.* CEMENT DIVISION, NA-TIONAL GYPSUM CO., ET AL. C. A. 7th Cir. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 94–834. NORTH STAR STEEL CO. *v.* THOMAS ET AL.; and
No. 94–835. CROWN CORK & SEAL CO., INC. *v.* UNITED STEEL-WORKERS OF AMERICA, AFL–CIO–CLC. C. A. 3d Cir. Certio-rari granted, cases consolidated, and a total of one hour allotted for oral argument. 

No. 94–6187. WITTE *v.* UNITED STATES. C. A. 5th Cir. Mo-tion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

JANUARY 9, 1995

No. —— ––—. BROOKS ET AL. *v.* DOE ET AL.; and
No. —— ––—. CHIVERS *v.* NORTH SLOPE BOROUGH ET AL. Mo-tions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–428. ROSENBAUM *v.* ROSENBAUM. App. Ct. Ill., 1st Dist. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–450. ZAKIYA, FKA ROSS *v.* UNITED STATES. D. C. Md. Application for recall and stay of mandate, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1382. IN RE DISBARMENT OF HARROD. Disbarment entered. [For earlier order herein, see 511 U. S. 1027.]

No. D–1463. IN RE DISBARMENT OF RILEY. Disbarment en-tered. [For earlier order herein, see *ante,* p. 958.]

No. D–1464. IN RE DISBARMENT OF SMITH. Disbarment en-tered. [For earlier order herein, see *ante,* p. 958.]